MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney
    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: Garth.Hire@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-00556 JD |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| JIBRI OMAR WATKINS, | |
| Defendant. | |

    The parties appeared before the Honorable Donna M. Ryu on November 12, 2014, for a detention hearing.  The defendant was present and represented by defense counsel Barry Morris.  The government was represented by Assistant United States Attorney Garth Hire.  The government requested detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community.

    Upon consideration of the parties' proffers, the Pretrial Service Report, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds:  (i) by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required; and (ii) by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

DETENTION ORDER
CR 14-0556 JD

The Court therefore, orders the defendant detained. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED: 11/24/14

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

DETENTION ORDER
CR 14-0556 JD