UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>JIBRI OMAR WATKINS,<br>        Defendant. | Case No. 14-cr-00556-JD-1<br><br>**ORDER RE HEARING AND APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 162 |

Defendant Jibri Omar Watkins is currently serving a sentence in a federal prison after pleading guilty to one count of possession with intent to distribute marijuana, and one count of engaging in a monetary transaction in criminally derived property. Watkins filed pro se a motion to vacate or set aside his sentence under 28 U.S.C. § 2255. Dkt. No. 155. On April 21, 2020, the Court denied the motion, declined to issue a certificate of appealability, and entered judgment against Watkins. Dkt. Nos. 157, 158.

On May 11, 2020, the clerk docketed a request by Watkins for a hearing and appointment of counsel for the Section 2255 motion. Dkt. No. 162. Both requests are denied as moot. The Court also notes that the issues raised in the Section 2255 motion were straightforward and readily resolved on the record.

**IT IS SO ORDERED.**

Dated: May 25, 2020

JAMES DONATO
United States District Judge